**WORKERS' COMPENSATION APPEAL BOARD (CITY OF PHILADELPHIA),**

**Petition of City of Philadelphia.**

Supreme Court of Pennsylvania.

Oct. 16, 2003.

### *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of October 2003, the Petition for Allowance of Appeal is GRANTED, and the decision of the Commonwealth Court in this case is RE-VERSED. *See City of Philadelphia v. WCAB (Szparagowski)*, 831 A.2d 577, 2003

WL 21959994 (Pa. Aug.18, 2003). The Petition for Permission to File Supplement to Petition for Allowance of Appeal is DE-NIED.

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Kenneth CATER, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 10, 2003.
Decided Oct. 21, 2003.

Erika P. Kreisman, for Kenneth Cater, Appellant.

Michael Wayne Streily, Amy Elizabeth Constantine, Karen E. Edwards, Pittsburgh, for the Com. of PA, Appellee.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of October, 2003, the order of the Superior Court is reversed and the case is remanded to the PCRA court to consider whether appellant

is entitled to file a Petition for Allowance of Appeal to this Court *nunc pro tunc* based upon his appellate counsel's alleged ineffectiveness in failing to file a timely petition for allowance of appeal. *See Commonwealth v. Liebel*, 825 A.2d 630 (Pa. 2003). Jurisdiction is relinquished.